UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLAINTIFF

Gail Ardito

V.                                            Civil Action
                                              No. _____

Defendant

The Department of the Treasury
aka The Internal Revenue Service
The Commissioner of the Internal Revenue

# COMPLAINT

## Parties

### The Plaintiff

1. The Plaintiff is a Pre and nursery school owner for the last for 40 years. Residing and working in the town of Seekonk, Massachusetts. With a business location on 251 County Street Seekonk MA 02771. Home address 147 Brook hill St Seekonk MA 02771

   The Plaintiff hired Joseph Ligeri as a Tax Consultant at the onset of her tax problems, subsequently he has done all of the interactions with the IRS. Joseph Ligeri has and will present all documentation to substantiate this complaint

### The Defendant

2. The Defendant is the Internal Revenue Service the largest income tax collection agency

in the world. With hundreds of offices and departments through out the US. Specific departments in various locations specialize in specific functions , such as collections, Offer and compromises (settlements) substitute returns, reconsideration of substitute returns, payment plans, and tax liens

Jurisdiction

The district court has jurisdiction over this matter pursuant to 26 U.S.C. 7609 third party

Count One

The Internal Revenue has failed to give the Plaintiff the very deserved Penalty abatement for a 3 years period, We have been trying and corresponding over a two year period to resolve this matter. The matter currently is being considered under appeal

Count Two

The internal Revenue Service gross nonfeasance has caused the plaintiff immeasurable psychological harm with possible physical manifestations. The IRS full well knew of the fraudulent activity and fabrication of tax returns being done by her accountant Michael Brier, over a period beginning 2004, possibly as early as 1999

From here the Internal Revenue will be referred to as the IRS

Count Three

The Defendant IRS has caused the Plaintiff Gail large unnecessary Accounting and legal expenses to correct what could have easily been prevented had the IRS done what a responsible organization or person would have done

Count Four

The IRS misrepresents the Plaintiffs with the expectation of an Taxpayer service, called the Tax Advocate service. When in fact the tax advocate service only caused the Plaintiff Gail and her tax consultant Joseph Ligeri more, expense, Hardship, Stress, complications and delays. .

Count Five

The defendant IRS on two occasions made claims the a tax return was not filed and because of that, the Plaintiff was not in Compliance and could not be put on a payment plan. The first incident The Plaintiffs tax return was filed during the fall of a particular year and acknowledged in writing by the IRS the following January,by March the IRS said they had no record or the tax return and that they were filing a substitute tax return.
The second incident the IRS said they had no copy of the 2010 tax return, when in fact this tax return was handed to the revenue officer Kevin Silva during the completion of the audits and the balance was determined and calculated in the Plaintiffs total balance to arrive at a payment amount.  During both of these incidents the plaintiff tax consultant Joseph Ligeri worked tirelessly to demonstrate that the return was filed and was given a fax line to send the

information in to, Joseph Tried 20 times even on weekends and nights just in case the line was jammed during business hours, however all faxes were rejected. He also sent a package to the taxpayer Advocate which they said it was never received, however later on months later I believe they acknowledged the package and processed the tax return. He was also advised to write and and ask for a local revenue agent which he did, but never received a response at all. These activities were taking place over a several week period, while trying to get on a payment plan

Count Six

The Plaintiff engaged licensed professionals and that most of the professionals that Gail has engaged with are regulated by Government agencies including the State and the IRS. These regulations are at the expense of the taxpayer, and these regulations are there to protect the citizens. The purpose of using these licensed professionals is for security and to put the citizens at ease when engaging these licensed and regulated individuals.
For the past 25 years Gail hired Michael Brier CPA as her accountant.
Beginning approximately, over the last ten years her accountant began preparing fraudulent tax returns for clients, by fabricating tax returns to produce higher tax refunds, by doing so he was able to amass a large following of many foreign and low income clients and also regular income clients.
 Many of these clients would receive an earned income credit whether entitled to one or not and if actually entitled to EIC they would receive a much larger one. Unfortunately for Gail she was a regular business taxpayer client and received a small refund, however would have owed income taxes and gladly paid them had Michael Brier not done her books and tax

returns. Michael Brier's **tax** planning was to commit fraud and leave a substantial amount of gross receipts off her gross sales. This was his method of tax planning a grossly negligent approach.

Wherefore the Plaintiff

1 ) The Plaintiff demands judgment against the Defendant IRS for damages and such other relief that this court deems just.

2) Tax and legal help and cost to redo twelve tax returns two S corporations for the years 2007 through 2010 and individual returns for the same years and constant interaction the the IRS over a two year period as the Plaintiff would get bombarded with erroneous repetitive letters and representation during the audit. Approximately twenty thousand dollars 20,00

3) Plaintiffs Interest and penalties on tax liabilities of approximately thirty thousand 30,000

4) Any relief that this court can give to the Plaintiff, to put a halt on any action by by the IRS. <u>As I Gail the Plaintiff had no desire to take this civil complaint route of action, but felt I had no other way to solve the constant harassment and threats by the Defendant IRS.</u>

According to my Tax consultant "The IRS has at this has been going steadily downhill since the beginning of his career 30 years ago. And over the last three to

four years the service and ability to solve problems is atrocious. The degree of mismanagement is bewildering."

_____
Plaintiff Gail Ardito  Pro Se
147 BrookHill Drive
Seekonk MA 02771
508 336 6272

for mailing: 251 County Street
Seekonk MA
02771
508 336 6272

_____
Attesting to all the facts stated
Joseph Ligeri
Joe@TaxProUSA.com
Tax and Financial consultant since 1976
PTIN P01385933 EFIN 043382
IRS CAF No. 120538919 since 1989
Toll free 888-45TAX45
phone no. 401 952-1603

ATTACHED DECISION & ORDER of PLAINTIFFS ACCOUNTANT MICHAEL BRIEN